

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-01007-CV

**Tu Nguyen**

**v.**

**SLK & Associates, LLC**

NO. 13-CV-0796 IN THE 56TH DISTRICT COURT OF GALVESTON COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| SUPP CLK RECORD | UNKNOWN | 01/09/2014 | UNKNOWN | UNK |
| RPT RECORD | $136.00 | 01/07/2014 | PAID | ANT |
| SUPP CLK RECORD | UNKNOWN | 12/04/2013 | UNKNOWN | UNK |
| CLK RECORD | $82.00 | 12/02/2013 | UNKNOWN | ANT |
| FILING | $175.00 | 11/26/2013 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 11/26/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/26/2013 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $418.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my

hand and the seal of the Court of Appeals for the First District of Texas, this July 24, 2015.



**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**